UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN AMES BROWN, et al.,

    Plaintiffs,

    v.

VERSE MUSIC GROUP LLC,

    Defendant.

Case No. 15-cv-00584-VC

**ORDER RE DISCOVERY BRIEF**

The defendant is ordered to file a single-spaced letter not exceeding two pages in response to the discovery motion by Monday, August 17, 2015.

**IT IS SO ORDERED.**

Dated: August 14, 2015

_____
VINCE CHHABRIA
United States District Judge