United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN AMES BROWN, et al.,

Plaintiffs,

v.

VERSE MUSIC GROUP LLC,

Defendant.

Case No.  15-cv-00584-VC

**ORDER RE DISCOVERY DISPUTE**

Re: Dkt. No. 43

Brown's discovery motion (Dkt. No. 43) is denied, without prejudice to re-raising the issue later in the case if it becomes relevant to the question of damages, and without prejudice to Judge James ordering the production of any materials she deems appropriate for disclosure during the settlement conference.

**IT IS SO ORDERED.**

Dated: August 19, 2015

_____
VINCE CHHABRIA
United States District Judge