1 [Submitted by block on second page]

2

3

4

5

6

7  UNITED STATES DISTRICT COURT

8  NORTHERN DISTRICT OF CALIFORNIA

9  STEVEN AMES BROWN, SAN PASQUAL FIDUCIARY TRUST COMPANY, special administrator of the Estate of Nina Simone,

Case No. 15CV00584 VC (MEJ)
Honorable Vince Chhabria

Plaintiff,

vs.

[~~PROPOSED~~] ORDER DELETING DOCUMENT FROM DOCKET

VERSE MUSIC GROUP LLC,

Defendant.
_____/

AND RELATED COUNTER-CLAIMS
_____/

UPON THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED:

That Document No. 48 on the Docket of this action be deleted or otherwise permanently removed from the Docket.

Dated: August 25, 2015

_____
UNITED STATES DISTRICT COURT JUDGE

-1-

[PROPOSED[] ORDER REMOVING DOCUMENT FROM DOCKET
Case No. 15CV00584

1 | Submitted by:
2 | LAW OFFICES OF ROBERT S. BESSER
  | 17383 Sunset Boulevard Suite A-350
  | Pacific Palisades, CA 90272
3 | (310) 394-6611
  | rsbesser@aol.com
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
_____
[PROPOSED[] ORDER REMOVING DOCUMENT FROM DOCKET
Case No. 15CV00584